Cal Jean BELL, Appellant,

v.

Ryan SHAW, Service Officer, Appellee.

No. 10-3173.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 23, 2011.

Filed: March 1, 2011.

Cal Jean Bell, St. Louis, MO, pro se.

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Cal Jean Bell appeals the district court's [1] 28 U.S.C. § 1915(e)(2)(B) dismissal of her civil action. After careful review, we conclude that the district court had no authority to grant the requested relief. *See* 38 U.S.C. §§ 7252, 7261; *Mehrkens v. Blank,* 556 F.3d 865, 869 (8th Cir.2009). Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.